```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
PHILIP SMITH,                        :
                                     :
              Plaintiff,             :      06 Civ. 15436 (JSR)
                                     :
         -v-                         :      FINAL JUDGMENT
                                     :
MANUEL CORDOVA,                      :
                                     :
              Defendant.             :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On July 12, 2011, the jury, following a trial in the above-captioned case, rendered a verdict finding the defendant not liable on plaintiff's claim for excessive force. Accordingly, final judgment is hereby entered and the complaint is dismissed with prejudice.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 12, 2011